UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTERIO MAURICE ROBERTS,<br><br>Petitioner,<br><br>v.<br><br>NEIL McDOWELL, Warden,<br><br>Respondent. | No.  2:20-cv-0872 KJN P<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner paid the filing fee.

Petitioner filed a motion to stay this action pending exhaustion of state court remedies. Petitioner did not sign the motion to stay.  Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing.  Fed. R. Civ. P. 11(a). Thus, the court is unable to consider petitioner's motion to stay unless he signs and re-files the motion to stay.  Accordingly, petitioner is provided an opportunity to re-file his motion to stay bearing his signature.

In accordance with the above, IT IS HEREBY ORDERED that petitioner is granted thirty days from the date of this order to re-file the motion to stay bearing his signature.

Dated: June 10, 2020

robe0872.100fee

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE