UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTERIO MAURICE ROBERTS,<br><br>  Petitioner,<br><br>  v.<br><br>NEIL McDOWELL,<br><br>  Respondent. | No. 2: 20-cv-0872 KJN P<br><br>ORDER |

Petitioner is a state prisoner, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 4, 2020, the undersigned granted petitioner thirty days to file a second amended petition. (ECF No. 9.) On September 28, 2020, petitioner filed a second amended petition. (ECF No. 10.) The second amended petition is signed by petitioner's wife rather than petitioner.

Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing. Fed. R. Civ. P. 11(a). The second amended petition violates Rule 11 because it is not signed by petitioner.

Accordingly, IT IS HEREBY ORDERED that:

1. The second amended petition filed September 28, 2020 (ECF No. 10) is stricken;

////

////

1

2. Petitioner is granted thirty days from the date of this order to file a second amended petition that is signed by petitioner himself.

Dated: September 30, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Rob872.ord

2