UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTERIO MAURICE ROBERTS,<br><br>Petitioner,<br><br>v.<br><br>NEIL McDOWELL,<br><br>Respondent. | No.  2: 20-cv-0872 KJN P<br><br><br><br>ORDER |

Petitioner is a state prisoner, proceeding without counsel, with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's motion to stay this action in order to exhaust additional claims.  (ECF No. 5.)

In a letter to the court dated August 28, 2020, petitioner stated that he intended to file a habeas corpus petition in the California Court of Appeal in the next two to three weeks.  (ECF No. 7.)  The records from the California Court of Appeal reflect that petitioner's habeas corpus petition, no. C092784, was denied on October 16, 2020.  The undersigned can locate no records reflecting that petitioner filed a habeas corpus petition in the California Supreme Court after the denial of his habeas corpus petition by the California Court of Appeal.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, petitioner shall file further briefing addressing whether he has filed a habeas corpus petition in the California Supreme Court and, if not, the reasons for his failure to do so.

Dated:  December 29, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Rob872.sta