UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTERIO MAURICE ROBERTS,<br><br>Petitioner,<br><br>v.<br><br>NEIL McDOWELL,<br><br>Respondent. | No. 2:20-cv-00872-TLN-KJN<br><br><br><br>**ORDER** |

Petitioner Monterio Maurice Roberts ("Petitioner"), a state prisoner proceeding *pro se*, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 28, 2021, the magistrate judge filed findings and recommendations herein which were served on Petitioner and which contained notice to Petitioner that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 16.) Petitioner has not filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

///

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 28, 2021 (ECF No. 16), are ADOPTED IN FULL;

2. Petitioner's Motion for a Stay (ECF No. 5) is GRANTED;

3. The Clerk of the Court is directed to administratively stay this action; and

4. Petitioner is ordered to notify the Court of the exhaustion of state court remedies within thirty (30) days of the filing of the order by the California Supreme Court addressing his habeas petition.

IT IS SO ORDERED.

DATED: March 17, 2021

Troy L. Nunley
United States District Judge